### UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **CRAIG CUNNINGHAM,** § | |
| **Plaintiff,** § | |
| § | |
| **v.** § | |
| § | |
| **AMERICAN GENERAL LIFE INSUR-** § | **Civil Case No.:** <u>4:17-cv-125</u> |
| **ANCE COMPANY, NATIONAL EN-** § | |
| **ROLLMENT CENTER, AND AF-** § | |
| **FORDABLE HEALTH DIRECT** § | |
| **Defendant.** § | |

### MOTION TO DISMISS WITHOUT PREJUDICE

Now comes Plaintiff, through undersigned counsel, and hereby dismisses, without prejudice, all causes of action and claims only as to DEFENDANTS, National Enrollment Center, Ron Delorenzo, and Affordable Health Direct.

RESPECTFULLY SUBMITTED AND DATED this 21st day of September, 2017.

Respectfully submitted:

<u>*/s/ Aaron Mulvey*</u>
Aaron Mulvey
Law Offices of Aaron K. Mulvey, PLLC
518 N. Manus Dr.
Dallas, TX 75224
aaron@mulveylaw.net
*Attorney for Craig Cunningham*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed through the Court's electronic filing system which will notify all counsel of record on this 21st day of September, 2017.

> */s/ Aaron Mulvey*
> Aaron Mulvey
> *Attorney for Craig Cunningham*