United States District Court
Southern District of Texas

**ENTERED**
September 28, 2017
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CRAIG CUNNINGHAM,<br>Plaintiff,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY, NATIONAL ENROLLMENT CENTER, AND AFFORDABLE HEALTH DIRECT<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§ Civil Case No.: 4:17-cv-125<br>§<br>§<br>§<br>§ |

## Order

The Agreed Motion to dismiss is hereby Granted and defendant American General Life is dismissed with prejudice to refiling.

Presiding Judge: _Melinda Harmon_
Date: _September 17, 2017_