United States District Court
Southern District of Texas

**ENTERED**
September 28, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CRAIG CUNNINGHAM, <br> Plaintiff, <br><br> v. <br><br> AMERICAN GENERAL LIFE INSUR-ANCE COMPANY, NATIONAL EN-ROLLMENT CENTER, AND AF-FORDABLE HEALTH DIRECT <br> Defendant. | § § § § § § § § § § § Civil Case No.: 4:17-cv-125 |

## Order

The Motion to dismiss is hereby Granted and defendants National Enrollment Center, Ron Delorenzo, and Affordable Health Direct are dismissed without prejudice to refiling.

Presiding Judge: _Melinda Harmon_
Date: _September 28, 2017_